UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JEROME KEITH VASSAR,<br><br>　　　　　　　Defendant,<br><br>and<br><br>KING COUNTY METRO,<br><br>　　　　　　　Garnishee. | CASE NO. 2:22-mc-00082-LK<br><br>ORDER TERMINATING<br>GARNISHMENT PROCEEDING |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. Dkt. No. 6. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

ORDER TERMINATING GARNISHMENT PROCEEDING - 1

1 | IT IS ORDERED that the garnishment is terminated and that King County Metro is relieved of further responsibility pursuant to this garnishment.

Dated this 6th day of February, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER TERMINATING GARNISHMENT PROCEEDING - 2